74594. TODD v. F. W. WOOLWORTH COMPANY.
(372 SE2d 307)

McMURRAY, Presiding Judge.

On certiorari at 258 Ga. 194 (366 SE2d 674), the Supreme Court has reversed our decision in *Todd v. F. W. Woolworth Co.,* 184 Ga. App. 864 (363 SE2d 564). Accordingly, in conformity with the mandate of that opinion, our judgment of affirmance is vacated and the judgment of the trial court is reversed.

*Judgment reversed. Sognier and Beasley, JJ., concur.*

DECIDED JULY 13, 1988.

*Leigh R. Bodner,* for appellant.
*Thurbert E. Baker,* for appellee.